USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN ORTEGA, Individually, and on behalf
of himself and all other persons
similarly situated,

                          Plaintiff,

          -against-

HOWIE'S HOCKEY, INCORPORATED,

                          Defendant.
----------------------------------------------------------------X

22-CV-2153 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on July 14, 2022 (doc. no 13) the Initial Case Management Conference currently scheduled for **August 8, 2022** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
               July 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge